**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**WESTERN PENNSYLVANIA ELECTRICAL FUND and GEORGE HAROUTUNIAN,**

**Plaintiffs,**

**v.**

**MENTOR GRAPHICS CORPORATION, WALDEN C. RHINES, GREGORY K. HINCKLEY, and JOSEPH REINHART,**

**Defendants.**

**3:16-cv-00470-PK**

**JUDGMENT**

**BROWN, Senior Judge.**

Pursuant to the Court's Order issued July 27, 2018, the Court **DISMISSES** this case **with prejudice.**

IT IS SO ORDERED.

DATED this 27th day of July, 2018.

ANNA J. BROWN
United States Senior District Judge