UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 09 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MENTOR GRAPHICS CORPORATION; et al., <br><br> Defendants - Appellees. | No. 18-35693 <br><br> D.C. No. 3:16-cv-00470-PK <br> U.S. District Court for Oregon, Portland <br><br> **MANDATE** |

The judgment of this Court, entered December 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7